# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALFRED SENA, | § |
| Plaintiff, | § |
| v. | § Case No. 5:12-cv-00333-R |
| LINDE, LLC, | § |
| Defendant. | § |

### ORDER OF DISMISSAL

Before the Court is the parties' Joint Motion to Dismiss with Prejudice. The Court, finding Plaintiff and Defendant have resolved all matters in dispute, concludes the parties' Motion should be, and hereby is, **GRANTED**.

Accordingly, the above entitled and numbered cause of action is **DISMISSED** with prejudice to the refiling of same, or any part thereof, with each party to bear its own fees, legal expenses, and costs.

**SO ORDERED** this 21st day of December, 2012.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE